**Electronically Filed
Supreme Court
SCWC-16-0000666
07-JUL-2021
01:54 PM
Dkt. 28 OCOR**

SCWC-16-0000666

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE MATTER OF THE ARBITRATION BETWEEN UNITED PUBLIC WORKERS,
AFSCME, LOCAL 646, AFL-CIO, Respondent/Union-Appellant,
and
STATE OF HAWAIʻI, DEPARTMENT OF TRANSPORTATION;
LA-15-02 (GLEN TANAKA) (2016-003),
Petitioner/Employer-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000666; S. P. NO. 16-1-0081)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed May 21, 2021, is corrected as follows:

On page 15, the attorney credits are amended to read:

Jonathan E. Spiker
for UPW

Robert T. Nakatsuji
for the State

Robert Brian Black
and Casey K. Shoji
for amicus curiae
Civil Beat Law Center
for the Public Interest

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, July 7, 2021.

/s/ Sabrina S. McKenna

Associate Justice

